UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

GRAYDON G. COLLINS, et al.,

  Defendant.

CASE NO. C04-829JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court STRIKES Defendant Graydon G. Collins' "Pro Se Entry of Appearance" (Dkt. # 22) and "Brief in Opposition to the United States Motion for Summary Judgment/ Objection and Motion to Strike the Motion for Summary Judgment as Factually Insufficient/ Notice to the Court/ Countermotion for Summary Judgment" (Dkt. # 23) as improper. Local Rules W.D. Wash. GR 2(f)(1) ("Whenever a party has appeared by attorney, he cannot thereafter appear or act in his own behalf in the cause, or take any step therein, unless an order of substitution shall first have been made by the court"). Defendant Collins and all counsel of record are directed to appear before the court on Thursday, June 30, 2005 at 1:30 p.m.

MINUTE ORDER – 1

1
2      Filed and entered this 22nd day of June, 2005.
3
4                                          BRUCE RIFKIN, Clerk
5                                              s/Mary Duett
6                                    By
7                                              Deputy Clerk
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MINUTE ORDER – 2