UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GRAYDON G. COLLINS, et al.,

    Defendants.

CASE NO. C04-829JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    On August 25, 2005, the court received Defendant Graydon Collins' Judicial Notice of Attempt to Pay Judgment and Motion to Stay (Dkt. # 63). Under Fed. R. Civ. P. 62(d), the court is prevented from granting such a stay unless Defendant first files a supersedeas bond with the court in an appropriate amount. Thus, the court DENIES Defendant's motion and encourages Defendant to work with Plaintiff United States to either determine a proper amount for a supersedeas bond, or negotiate a payment plan for satisfaction of the underlying debt.

    Despite the need to deny the pending motion, the court believes that an arrangement can be fashioned whereby Defendant may retain his property and the United

MINUTE ORDER – 1

States can collect amounts owed to it.  This can include payment of an agreed amount due into the registry of the court in exchange for the satisfaction of the underlying debt.  The court is available by telephone if the parties feel the court can be of assistance.

Filed and entered this 29th day of August, 2005.

BRUCE RIFKIN, Clerk

By  s/Mary Duett
Deputy Clerk

MINUTE ORDER – 2